IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| FERNCREEK CARDIOLOGY, P.A., AND PREMIER CARDIOVASCUALR CENTER, P.A., <br><br>Plaintiffs, <br><br>v. <br><br>UNITEDHEALTHCARE INSURANCE COMPANY, INC., UNITED HEALTHCARE SERVICES, INC., UNITEDHEALTH GROUP INC. and UNITEDHEALTHCARE OF NORTH CAROLINA, INC., <br><br>Defendants. | CIVIL ACTION NO. 3:14-CV-00432 |

## ORDER

**THIS MATTER** is before the Court on Plaintiffs' Motion for Temporary Restraining Order (Doc. No. 3). **The Court will conduct a hearing on this matter at 1:30 p.m. on Monday, August 18, 2014 in Courtroom 3 at the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, NC 28202.** At that hearing, the Court will consider whether to issue a temporary restraining order in this matter. Plaintiffs' counsel is directed to provide notice of the time and place of this hearing to Defendants.

**SO ORDERED.**

Signed: August 11, 2014

Graham C. Mullen
United States District Judge