IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-432-GCM

| | |
|---|---|
| **FERNCREEK CARDIOLOGY**, *et al*, ) | |
| Plaintiffs, ) | |
| v. ) | **ORDER** |
| ) | |
| **UNITED HEALTHCARE** ) | |
| **INSURANCE COMPANY, INC.,**, *et al*, ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **William H. Jordan,** filed August 14, 2014 [doc. # 11].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Jordan is admitted to appear before this court *pro hac vice* on behalf of Defendants, United Healthcare Insurance Company, Inc., United Healthcare Services, Inc., United Healthcare of North Carolina, Inc., United Health Group, Inc..

**IT IS SO ORDERED.**

Signed: August 14, 2014

Graham C. Mullen
United States District Judge