UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| FERNCREEK CARDIOLOGY, P.A., PREMIER CARDIOVASCULAR CENTER, P.A., and ALPHA MEDICAL CENTER, P.A.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE OF NORTH CAROLINA, INC., UNITED HEALTHCARE INSURANCE COMPANY, INC., UNITED HEALTHCARE SERVICES, INC., and UNITEDHEALTH GROUP, INC.,<br><br>Defendants. | Civil Action No. 3:14-CV-432 |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The parties hereby stipulate, pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii), to the voluntary dismissal of Plaintiffs' claims in this matter with prejudice. Each party to bear their own costs and attorney fees.

Respectfully submitted this 10th day of September, 2014.

s/ Sara R. Lincoln
Sara R. Lincoln, N.C. State Bar No. 22744
Tricia M. Derr, N.C. State Bar No. 24438
L. Clinton Byrd, Jr., N.C. State Bar No. 39560
Lincoln Derr PLLC
6000 Fairview Road, Suite 655
Charlotte, North Carolina 28210
Telephone: (704) 496-4500
sara.lincoln@lincolnderr.com
tricia.derr@lincolnderr.com
clint.byrd@lincolnderr.com
***Attorneys for Plaintiffs***

s/ Brian D. Boone
Brian D. Boone, Esq.
Alston & Bird LLP
101 S. Tryon Street, Suite 4000
Charlotte, North Carolina 28280
brian.boone@altson.com

s/ William H. Jordan
William H. Jordan, Esq.
Kyle G.A. Wallace, Esq.
Alston & Bird LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309-3424
bill.jordan@alston.com
kyle.wallace@alston.com
***Attorneys for Defendants***